04-18577ABC

| United States Bankruptcy Court | **Voluntary Petition** |
|---|---|
| District of __Colorado__ | |

| Name of debtor (if individual, enter Last, First, Middle):<br>ROMERO, ANTHONY JOSEPH | Name of Joint debtor (Spouse)(Last, First Middle): |
|---|---|
| All Other Names used by the debtor in the last 6 years<br>(Include married, maiden, and trade names) | All Other Names used by the Joint debtor in the last 6 years<br>(Include married, maiden, and trade names) |
| Last 4 digits of Soc. Sec./Tax I.D. No. (If more than one, state all):<br>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 | Last 4 digits of Soc.Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. and street, city, state and zip code)<br>1614 RANIER DR APT 21<br>CO SPRINGS, CO 80910 | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): |
| County of Residence or of the<br>Principal Place of Business:<br>EL PASO CTY, COLORADO | County of Residence or of the<br>Principal Place of Business |
| Mailing Address of debtor (If different from street address) | Mailing Address of joint debtor (If different from street address): |
| Location of Principal Assets of Business Debtor<br>(If different from street address above)   N/A | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue:** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case Ancillary to foreign proceeding |
| ☐ Other | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (check one box) |
|---|---|
| ☒ Consumer/Non-Business   ☐ Business | ☐ Filing Fee is attached. |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the Court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

| Statistical/Administrative Information (Estimates Only) | This Space is For Court Use Only |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors. | |
| ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

FILED
BRADFORD L. BOLTON, CLERK
APR 23 2004
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 Million | $1,000,001 to $10 Million | $10,000,001 to $50 Million | $50,000,001 to $100 Million | More than $100 Million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 Million | $1,000,001 $10 Million | $10,000,001 to $50 Million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

## Voluntary Petition, Page 2

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed By Any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date: |
|---|---|---|
| Relationship: | District: | Judge: |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under Chapters 7, 11, 12 or 13 of Title 11, United States Code, that I understand the relief available under each such chapter, and choose to proceed under Chapter 7.

I request relief in accordance with the Chapter of Title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

719-329-0712
Telephone Number (If not represented by attorney)

Date: APRIL 14 2004

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

Date:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the Chapter of Title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

X _____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

Date:

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g. Forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15d of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under Chapters 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a Bankruptcy Preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110)

_____
Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each such person.

X _____
Signature of Bankruptcy Petition Preparer

Date:

A Bankruptcy Petition Preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF _CO / oRADO_

In re

ANTHONY JOSEPH ROMERO
SSN# 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

CASE NO. _____

CHAPTER ____7____

**STATEMENT OF FINANCIAL AFFAIRS**

_____ Debtor(s). )

Set forth all names including married, maiden and trade names used )
by debtor(s) within last 6 years. Last 4 digits of Social Security )
Number(s) and all Employer's Tax Identification Numbers. )

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly indentified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | YEAR | SOURCE (if more than one) |
|--------|------|---------------------------|
| $ 44,2800 | 1/1/04 - 4/14/04 | CHEYENNE MOUNTAIN SECURITY |
| 11,445 | 2003 | CHEYENNE MOUNTAIN SECURITY |
| 9891.00 | 2002 | Q.C. Johnson Construction |
|  | 2002 |  |

(If more space is needed, attach separate sheet)

© 2002, Alpha Publications of America, Inc.
All rights reserved.

**2. Income other than from employment or operation of business**

None
☑  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

_____

**3. Payments to creditors**

None
☑  a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

_____



None
☑  b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

_____

**4. Suits, administrative proceedings, executions, garnishments and attachments**

None
☑  a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SIEZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 5. Repossessions, foreclosures and returns

None List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 6. Assignments and receiverships

None a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

---

None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

© 2002, Alpha Publications of America, Inc. All rights reserved.

### 7. Gifts

None

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None 

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10. Other transfers

None

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | PAYMENTS DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

® 2002, Alpha Publications of America, Inc.
All rights reserved.

**11. Closed financial accounts**

None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperative, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION PROPERTY |
|---|---|---|

**15. Prior address of debtor**



None

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

|  |  | DATES OF |
| ADDRESS | NAME USED | OCCUPANCY |

**16. Spouses and Former Spouses**



None

If the debtor resides or resided in a community property state, commonwealth, or territory (Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington or Wisconsin) within the six year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information**

For the purposes of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases or hazardous or toxic substances, wastes or material into the air, land, soil, surface water, ground water, or other medium, including, but not limited to statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.



None

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME | NAME AND ADDRESS | DATE OF | ENVIRONMENTAL |
| AND ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

None

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME | NAME AND ADDRESS | DATE OF | ENVIRONMENTAL |
| AND ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

© 2002, Alpha Publications of America, Inc.
All rights reserved.

None   c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DOCKET<br>NUMBER | STATUS OR<br>DISPOSITION |
|---|---|---|

---

### 18. Nature, location and name of business

None   a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of his case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | Last 4 Digits of<br>TAXPAYER<br>I.D. NUMBER | ADDRESS | NATURE OF<br>BUSINESS | BEGINNING AND ENDING<br>DATES |
|---|---|---|---|---|

---

None   b.  Identify any business listed in response to subdivision a above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)*

© 2002, Alpha Publications of America, Inc.
All rights reserved.

FORM ABK-6007

**19. Books, records and financial statements**

None  a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                   DATES SERVICES RENDERED

None  b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                    ADDRESS                                    DATES SERVICES RENDERED

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                                         ADDRESS

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                                                  DATE ISSUED

**20. Inventories**

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF
INVENTORY          INVENTORY SUPERVISOR                      DOLLAR AMOUNT OF INVENTORY
                                                             (Specify cost, market or other basis)

None b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF                                   NAME AND ADDRESSES OF CUSTODIAN
INVENTORY                                       OF INVENTORY RECORDS

© 2002, Alpha Publications of America, Inc.
All rights reserved.

**21. Current partners, officers, directors and shareholders**

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
☐   partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☐   directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22. Former partners, officers, directors and shareholders**

None   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☐   preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
☐   within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23. Withdrawals from a partnership or distributions by a corporation**

None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
☐   including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

© 2002, Alpha Publications of America, Inc.
All rights reserved.    FORM ABK-6009

### 24. Tax Consolidation Group

None  If debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION

LAST 4 DIGITS OF
TAXPAYER IDENTIFICATION NUMBER

### 25. Pension Funds

None  If the debtor is not an individual, list the name and federal identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND

LAST 4 DIGITS OF
TAXPAYER IDENTIFICATION NUMBER

© 2002, Alpha Publications of America, Inc.
All rights reserved.

## DECLARATION CONCERNING
## STATEMENT OF FINANCIAL AFFAIRS

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL
### DEBTOR OR INDIVIDUAL DEBTOR AND SPOUSE

I(We), _ANTHON V S. Romero_ _____, declare under penalty of perjury that I(we) have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto, and that they are true and correct.

Date _4/-14-04_ _____ Signature _____
(Debtor)

Date _____ _____ Signature _____
(Joint Debtor, if any)

(Note: If joint case, both spouses must sign)

........................................................................................................................

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (11 U.S.C. § 110)

I certify that I am a Bankruptcy Petition Preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c))

_____
Address

_____
City/State/Zip Code

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document. If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____
Signature of Bankruptcy Petition Preparer

Date: _____

A Bankruptcy Petition Preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

........................................................................................................................

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of _____

_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____

Signature _____

_____
(Print or type name and title)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

© 2002, Alpha Publications of America, Inc
All rights reserved.

In re ANTHONY J. Romero _____     Case No. _____
_____ , Debtor(s)                (If known)

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Y | 1 | $ 0 | | |
| B - Personal Property | Y | 3 | $ 1136.00 | | |
| C - Property Claimed As Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | Y | 1 | | $ 0 | |
| E - Creditors Holding Unsecured Priority Claims | Y | 2 | | $ 312.02 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 2 | | $ 7793 | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | Y | 1 | | | $ 1156.00 |
| J - Current Expenditures of Individual Debtor(s) | Y | 1 | | | $ 1290 |
| Total Number of Sheets in All Schedules | | 14 | | | |
| Total Assets | | | $ 1136.00 | | |
| Total Liabilities | | | | $ 8105.02 | |

© 2002, Alpha Publications of America, Inc.
All rights reserved.

FORM ABK-7001

In re _ANTHONY J ROMERO_

Case No. _____ _____
(If known)

_____ , Debtor(s)

# SCHEDULE A — REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G -Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total | $ 0 | |

(Report also on Summary of Schedules.)

© 2002, Alpha Publications of America, Inc. All rights reserved.

FORM ABK-7002

In re _ANTHONY J ROMERO_

Case No. _____

(If known)

_____ , Debtor(s)

## SCHEDULE B — PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | NO CASH | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | NO CHECKING ACCT | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | N/A | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | N/A | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, compact disc, and other collections or collectibles. | X | N/A | | |
| 6. Wearing apparel. | | PERSONAL CLOTHING FOR DEBTOR | | $500 |
| 7. Furs and jewelry. | | WATCH | | $20 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | N/A | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | N/A | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

© 2002, Alpha Publications of America, Inc.
All rights reserved.

FORM ABK-7003

In re _Anthony J. Romero_

Case No. _____
(If known)

_____, Debtor(s)

## SCHEDULE B — PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | N/A | | 0 |
| 12. Stocks and interest in incorporated and unincorporated businesses. Itemize. | X | N/A | | 0 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | N/A | | 0 |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | N/A | | 0 |
| 15. Accounts Receivable. | X | N/A | | 0 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | N/A | | 0 |
| 17. Other liquidated debts owing debtor, including tax refunds. Give particulars. | X | N/A | | 0 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | N/A | | 0 |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | N/A | | 0 |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | N/A | | 0 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | N/A | | 0 |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | N/A | | |

© 2002, Alpha Publications of America, Inc.
All rights reserved.

FORM ABK-7004

In re ANTHONY J ROMERO

, Debtor(s)

Case No. _____
(If known)

## SCHEDULE B — PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles. | | 1978 Fond VAN | | $ 400 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops — growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | $ 216 00 |
| 33. Other personal property of any kind not already listed. Itemize. | X | AR WAGES EARNED by DEBTOR FOR CURRENT PAY PERIOD TO DATE OF FILING | | |

_2_ continuation sheets attached

Total $ 1136.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

® 2002, Alpha Publications of America, Inc.
All rights reserved.

FORM ABK-7005

In re _ANTHONY J ROMERO_

Case No. _____
(If known)

_____ , Debtor(s)

## SCHEDULE C — PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. § 522(b)(1)   Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| PERSONAL CLOTHING FOR DEBTOR | CRS 13-54-102(a) AK | $500 | $500 |
| WATCH | CRS 13-54-102 (b) | $20.00 | $20.00 |
| 1978 Ford VAN | CRS 13-54-102(j)(I) | $400 | $400 |
| WAS AS EARNED by DEBTOR for CURRENT PAY PERIOD TO DATE OFF FILILE | 15 USC 1673 | $162. | $216. |

In re _ANTHONY J. Romero_ _____

_____ . ____ _____ , Debtor(s)

Case No. _____ ___ ___ ___
(If known)

# SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor." Include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last Four Digits of Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Last Four Digits of Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Last Four Digits of Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Last Four Digits of Account No. | | | | | | | | |
| | | | Value $ | | | | | |

◯ Continuation sheets attached

Subtotal (Total of this page)  $ _○_

Total (Use only on last page)  $ _○_

(Report total also on Summary of Schedules)

© 2002, Alpha Publications of America, Inc.
All rights reserved.

FORM ABK-7007

In re __ANTHONY J RIMERO__                                    Case No. __ _____ _____
                                                                              (If known)
___ _____ _____ _____ _____ , Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled, "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

### ☒ Extensions of credit in an involuntary case:

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

### ☐ Wages, salaries, and commissions:

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

### ☐ Contributions to employee benefit plans:

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

### ☐ Certain farmers and fishermen:

Claims of certain farmers and fishermen, up to a maximum of $4,650 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

### ☐ Deposits by individuals:

Claims of individuals up to a maximum of $2,100 for deposits for the purchase, lease, or rental of property or services for personal family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

### ☐ Alimony, Maintenance, or Support:

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support to the extent provided in U.S.C. § 507(a)(7).

### ☒ Taxes and other certain debts owed to governmental units:

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

### ☐ Commitments to Maintain the Capital of an Insured Depository Institution:

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

© 2002, Alpha Publications of America, Inc.
All rights reserved.                                    ABK-7009

In re _Anthony J. Romero_ _____

_____ _____ _____ _____ , Debtor(s)

Case No. _____
(If known)

# SCHEDULE E — CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

TYPE OF PRIORITY _____

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Last Four Digits of Account No. 4990 | | H | | | | X | $312.02 | $312.02 |
| Last Four Digits of Account No. | | | | | | | | |
| Last Four Digits of Account No. | | | | | | | | |
| Last Four Digits of Account No. | | | | | | | | |
| Last Four Digits of Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) $ 312.02
Total
(Use only on last page of completed Schedule E) $

(Report total also on Summary of Schedules)

© 2002, Alpha Publications of America, Inc.
All rights reserved.

FORM ABK-7010

In re *ANTHONY J. ROMERO*                                    Case No. _____

_____, Debtor(s)                              (If known)

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding UNSECURED claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last Four Digits of Account No. *5101* <br> *BENEFICIAL HFC* <br> *2700 SANDERS RD* <br> *Prospect Heights, IL 60070* | | | *HFC* <br> *7-00* | | X | | *$7,036* |
| Last Four Digits of Account No. *8666* <br> *NCO* <br> *21250 Hawthorne Blvd* <br> *TORRANCE CA 90503* | | | *11-02* <br> *COLLECTING FOR ROCKY* <br> *MTS -AMR*    *DEBT AR* | | X | | *$527* |
| Last Four Digits of Account No. *r* <br> *ROCKY MTS - AMR* <br> *17301 W. Colfax* <br> *Golden CO, 80401* | | | *11-02* <br> *being collected by NCO* | | X | | ⟨○⟩ |
| Last Four Digits of Account No. *0089* <br> *OSI COLLECTION SERVICES* <br> *6350 E ILIFF AVE STE 30* <br> *AURORA CO 80014* | | | *12-00* <br> *COLLECTING FOR CENTURA* <br> *PENROSE ST FRANCIS HOS* <br> *2215 N. CASCADE AVE* <br> *CO SPRINGS, CO 80907* | X | | | *$230* |

*1* Continuation sheets attached

Subtotal (Total of this page)  $ *7792.00*

Total

(Use only on last page of completed Schedule F)  $

(Report total also on Summary of Schedules)

© 2002, Alpha Publications of America, Inc. <br> All rights reserved.                    FORM ABK-7011

In re _ANTHONY J. Romero_        Case No. _____

_____ , Debtor(s)        (If known)

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last Four Digits of Account No. 0089 CENTURA PENROSE ST FRANCIS HOS 2215 N. CASCADE Ave. Colo SPRings 80907 | | | 12-00 BEING collected by OSI | | | + | 0 |
| Last Four Digits of Account No. | | | | | | | |
| Last Four Digits of Account No. | | | | | | | |
| Last Four Digits of Account No. | | | | | | | |
| Last Four Digits of Account No. | | | | | | | |

Sheet _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)   $ _0_

Total
(Use only on last page of the completed Schedule F)   $ _7792 00_

(Report total also on Summary of Schedules)

© 2002, Alpha Publications of America, Inc.
All rights reserved.

FORM ABK-7013

In re _ANTHONY ROMERO_

_____ , Debtor(s)

Case No. _____
(If known)

# SCHEDULE G — EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| APT INFO<br><br>NORENE + BRENT<br>1614 PARK PLAZA  80910 AR<br>COLO SPRINGS CO, 80910 | DESCPR<br>6 month lease<br>started 3/04 - 9/04<br>$550/MO |

© 2002, Alpha Publications of America, Inc.
All rights reserved.

FORM ABK-7015

In re _Anthony J. Romero_ ___ ___                    Case No. _____
                                                                     (If known)
_____ __ , Debtor(s)

# SCHEDULE H — CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 2002, Alpha Publications of America, Inc.
All rights reserved.                    FORM ABK-7016

In re _ANTHONY J ROMERO_

Case No. _____
_____ , Debtor(s)
(If known)

# SCHEDULE I — CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a Chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | SECURITY GUARD | |
| Name of Employer | CHEYENNE MTN SECURITY | |
| How long employed | 1 YR | |
| Address of Employer | 3709 TRAILWOODS PL CO SPRINGS, CO 80906 | |

**Income (Estimate of average monthly income):**

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | | $ 1,500.00 | $ _____ |
| Estimated monthly overtime | | $ _____ | $ _____ |
| SUBTOTAL | | $ 1,500.00 | $ _____ |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 344.00 | $ _____ |
| b. Insurance | | $ 0 | $ _____ |
| c. Union dues | | $ 0 | $ _____ |
| d. Other (Specify) _____ | | $ 0 | $ _____ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 344.00 | $ _____ |
| TOTAL NET MONTHLY TAKE HOME PAY | | $ 1156.00 | |
| Regular income from operation of business or profession or farm (attach detailed statement) | | $ _____ | $ _____ |
| Income from real property | | $ _____ | $ _____ |
| Interest and dividends | | $ _____ | $ _____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ _____ | $ _____ |
| Social security or other government assistance | | | |
| (Specify) _____ | | $ _____ | $ _____ |
| Pension or retirement income | | $ _____ | $ _____ |
| Other monthly income (Specify) _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| TOTAL MONTHLY INCOME | | $ 1156.00 | $ _____ |

TOTAL COMBINED MONTHLY INCOME $ _____

(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document.

© 2002, Alpha Publications of America, Inc.
All rights reserved.

FORM ABK-7017

In re _ANTHONY J ROMERO_

Case No. _____
(If known)

_____, Debtor(s)

# SCHEDULE J — CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 550.00 |
| Are real estate taxes included? Yes _____ No ✓_____ | | |
| Is property Insurance included? Yes _____ No ✓_____ | | |
| Utilities: Electricity and heating fuel | $ | included |
| Water and sewer | $ | included |
| Telephone | $ | — |
| Other _____ | $ | — |
| Home Maintenance (Repairs and upkeep) | $ | — |
| Food | $ | 320.00 |
| Clothing | $ | 280.00 |
| Laundry and dry cleaning | $ | 60.00 |
| Medical and dental expenses | $ | 0.00 |
| Transportation (not including car payments) | $ | 40.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | _____ |
| Life | $ | _____ |
| Health | $ | _____ |
| Auto | $ | 40.00 |
| Other _____ | $ | _____ |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0.00 |
| Other _____ | $ | _____ |
| Other _____ | $ | _____ |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ | $ | _____ |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 1,290.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | $1,290.00 |
| B. Total projected monthly expenses | $ | $1,290.00 |
| C. Excess income (A minus B) | $ | 0 |
| D. Total amount to be paid into plan each _____ (interval) | $ | _____ |

© 2002, Alpha Publications of America, Inc.
All rights reserved.

FORM ABK-7018

In re _ANTHONY J. ROMERO_

Case No. _____
(If known)

_____ , Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL
### DEBTOR OR INDIVIDUAL DEBTOR AND SPOUSE

I(We), _ANTHONY J. Romero_ _____ , declare under

penalty of perjury that I(we) have read the foregoing Summary and Schedules, consisting of ___/5___
(Total on Summary Page plus 1)

sheets, and that they are true and correct to the best of my(our) knowledge, information, and belief.

Date ___4/14/04___         Signature _____
Debtor

Date _____         Signature _____
(Joint Debtor, if any)
(If joint case, both spouses must sign)

........................................................................................................................................

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (11 U.S.C. § 110)

I certify that I am a Bankruptcy Petition Preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____         _____
Printed or Typed Name of Bankruptcy Petition Preparer         Social Security Number (Required under 11 U.S.C. § 110)

_____         _____
Address         City/State/Zip Code

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document. If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____         Date: _____
Signature of Bankruptcy Petition Preparer

A Bankruptcy Petition Preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

........................................................................................................................................

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership] of the _____ [corporation or partnership]
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules

consisting of _____ sheets, and that they are true and correct to the best of my knowledge,
(Total shown on summary page plus 1)
information and belief.

Date _____         Signature _____

_____
(Print or type name of individual signing on behalf of debtor)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

© 2002, Alpha Publications of America, Inc.
All rights reserved.         FORM ABK-7019

# UNITED STATES BANKRUPTCY COURT

## _____ DISTRICT OF _Colorado_

In re

ANTHONY J ROMERO

                                    Debtor(s).

CASE NO. _____

Chapter _____7_____

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR**

The purpose of this notice is to acquaint you with the Four Chapters of the Federal Bankruptcy Code under which you may file a Bankruptcy Petition. The Bankruptcy Law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the Court. Neither the Judge nor the Court's employees may provide you with legal advice.

**Chapter 7: Liquidation ($209.00 total filing fee)**
1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.
2.  Under Chapter 7, a Trustee takes possession of your property. You may claim certain of your property as exempt under governing law. The Trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.
3.  The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the Court, and the purpose for which you filed the Bankruptcy Petition will be defeated.
4.  Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.
5.  Under certain circumstances, you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

**Chapter 11: Reorganization ($839.00 total filing fee)**
Chapter 11 is designed primarily for the reorganization of a business, but is also available to consumer debtors. Its pro-visions are quite complicated, and any decision for an individual to file a Chapter 11 Petition should be reviewed with an attorney.

**Chapter 12: Family Farmer ($239.00 total filing fee)**
Chapter 12 is designed to permit Family Farmers to repay their debts over a period of time from future earnings and is in many ways similar to a Chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($194.00 total filing fee)**
1.  Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are eligible for Chapter 13 if your debts do not exceed certain amounts set forth in the Bankruptcy Code.
2.  Under Chapter 13 you must file a plan with the Court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the Court to repay your debt is three years, but not more than five years. Your plan must be approved by the Court before it can take effect.
3.  Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.
4.  After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain other debts including criminal restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

I(We), _ANTHONY J. Romero_
the undersigned debtor(s), affirm that I(we) have read this NOTICE.

Dated: _4-14-04_

_____
Signature of Debtor

_____
Signature of Joint Debtor, if any

**White—Debtor Copy**          **Pink—Court Copy**

© 2003, Alpha Publications Of America, Inc.
All Rights Reserved          FORM ABK-2001

## MASTER MAILING MATRIX
### (Back Side)

Case No. _____

Debtor's Name  X _ANTHONY J. Romero_
Co-Debtor's Name _____

### Declaration Concerning Debtor's Master Mailing Matrix

I(We), _ANTHONY J. Romero_ ,

do hereby certify, under penalty of perjury, that the Master Mailing Matrix, consisting of _Disk_ sheet(s), is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules.

Date of execution: _4 - 14 - 04_

X _Anthony J. Romero_
Debtor's signature

_____
Co-Debtor's signature

_____
Attorney's signature (if applicable)

© 2002, Alpha Publications of America, Inc.
All Rights Reserved.

FORM ABK-9052a

Page _1_ of _2_

**MASTER MAILING MATRIX**
**CONTINUATION PAGE**
(Back Side)

Debtor's Name _Anthony J. Romero_

Case No. _____

Co-Debtor's Name _____

See  AR
↘ Disc