ANTHONY J Romero
_____
Name
1614 RAINIER DR APT 21
_____
Address
CO SPRINGS CO 80910
_____
City/State/Zip Code

Phone No. (719) 329-0712

☐ Debtor(s) in pro per
☐ Attorney for debtor(s)

**04-18577 ABC**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

In re ANTHONY J Romero        )
                              )   Case No. _____
                              )
                              )   **CHAPTER 7 INDIVIDUAL DEBTOR'S(S')**
                              )   **STATEMENT OF INTENTION**
                              )
                   Debtor(s)  )
_____)

1. I(We), the debtor(s), have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I(We) intend to do the following with respect to the property of the estate which secures those consumer debts:

   a. Property to Be Surrendered.

   | Description of Property | Creditor's Name |
   |---|---|
   | 1. N/A | |
   | 2. | |
   | 3. | |

   *[Stamp: BRADFORD L. BOLTON, CLERK   FILED   APR 23 2004   U.S. BANKRUPTCY COURT DISTRICT OF COLORADO]*

   b. Property to Be Retained. *(Check any applicable statement.)*

   | Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to § 722 | Debt will be reaffirmed pursuant to § 524(c) |
   |---|---|---|---|---|
   | 1. N/A | | | | |
   | 2. | | | | |
   | 3. | | | | |

3. I(We) understand that § 521(2)(B) of the Bankruptcy Code requires that I(we) perform the above stated intention *within 45 days* of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date: 4/14/04

_____
Signature of Debtor

_____
Signature of Co-Debtor

© 2002, Alpha Publications of America, Inc.
All rights reserved.

FORM ABK-5001a

Page 1 of 2 Pages