# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Colorado

In re  Anthony J. Romero

Debtor(s).

CASE NO. 04-18577 ABC
CHAPTER 7

**APPLICATION TO PAY FILING FEES IN INSTALLMENTS**

1. In accordance with Federal Rules of Bankruptcy Procedures, Rule 1006, I apply for permission to pay the filing fee amounting to to $ 209 in installments.

2. I certify that I am unable to pay the filing fee(s) except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the filing fee(s):*

   $ 109.00   (Check One)  ☒ With the filing of the petition
                           ☐ on or before _____
   $ 100.00              on or before 5/15/04
   $ _____          on or before _____
   $ _____          on or before _____

   [Stamp: BRADFORD L. BOLTON, CLERK — FILED APR 23 2004 — U.S. BANKRUPTCY COURT DISTRICT OF COLORADO]

   *The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the Court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Federal Rules of Bankruptcy Procedure, Rule 1006(b)(2).

5. I understand that if I fail to pay any installment when due my Bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____         /s/ Anthony J. Romero   4/14/04
Signature of Attorney     Date           Signature of Debtor      Date

_____                  _____
Name of Attorney                         Signature of Joint Debtor (if any)   Date

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (11 U.S.C. § 110)**

I certify that I am a Bankruptcy Petition Preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor(s) before the filing fee is paid in full.

_____                  _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security Number

_____                  _____
Address                                  City/State/Zip Code

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document. If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

                                         Date: _____
_____
Signature of Bankruptcy Petition Preparer

*A Bankruptcy Petition Preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*