United States Bankruptcy Court
District of Colorado

In re:

Anthony J. Romero

Bankruptcy Case No. 04-18577 ABC

Debtor(s).

## ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS
## AND NOTICE OF DISMISSAL IN THE EVENT OF DEFAULT

Debtor's Application to Pay Filing Fee in Installments is granted, and

**IT IS ORDERED** that the debtor pay the filing fee prescribed by Title 28 U.S.C. § 1930(a) in installments on the following terms:

1) $ 109.00   Check one:  ☒ With the filing of the petition, or

   ☐ on or before _____

2) $ _____   on or before _____

3) $ _____   on or before _____

4) $ 100.00   on or before May 14, 2004

**IT IS FURTHER ORDERED** that until the filing fee is paid in full, the debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

**IT IS FURTHER ORDERED, AND NOTICE IS HEREBY GIVEN** pursuant to Title 11 U.S.C. § 707(a)(2), that in the event of default of any provision of this order, and after an additional notice to the debtor, this case shall be dismissed without further notice for nonpayment of the statutory filing fees and for failure of the debtor to appear before the Court in proper prosecution of the case.

**IT IS FURTHER ORDERED, AND NOTICE IS HEREBY GIVEN** that in the event this case should be dismissed for the debtor's failure to pay the statutory filing fees and failure to appear before the Court in proper prosecution of the case, the debtor shall be further barred from filing a petition in this Court for 180 days pursuant to Title 11 U.S.C. §109(g).
NO PERSONAL CHECKS WILL BE ACCEPTED

Dated: April 26, 2004

FOR THE COURT:

Bradford L. Bolton, Clerk

By: Wendy Martinez
Deputy Clerk