United States Bankruptcy Court
District of Colorado

In re:  )
        )
Anthony J. Romero  ) Bankruptcy Case No. 04-18577 ABC
        )
        )
        )
  Debtor(s).  )

### ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS
### AND NOTICE OF DISMISSAL IN THE EVENT OF DEFAULT

Debtor's Application to Pay Filing Fee in Installments is granted, and

**IT IS ORDERED** that the debtor pay the filing fee prescribed by Title 28 U.S.C. § 1930(a) in installments on the following terms:

1) $ 109.00  Check one: ☒ With the filing of the petition, or
                         ☐ on or before _____

2) $ _____  on or before _____

3) $ _____  on or before _____

4) $ 100.00   on or before May 14, 2004

**IT IS FURTHER ORDERED** that until the filing fee is paid in full, the debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

**IT IS FURTHER ORDERED, AND NOTICE IS HEREBY GIVEN** pursuant to Title 11 U.S.C. § 707(a)(2), that in the event of default of any provision of this order, and after an additional notice to the debtor, this case shall be dismissed without further notice for nonpayment of the statutory filing fees and for failure of the debtor to appear before the Court in proper prosecution of the case.

**IT IS FURTHER ORDERED, AND NOTICE IS HEREBY GIVEN** that in the event this case should be dismissed for the debtor's failure to pay the statutory filing fees and failure to appear before the Court in proper prosecution of the case, the debtor shall be further barred from filing a petition in this Court for 180 days pursuant to Title 11 U.S.C. §109(g).
NO PERSONAL CHECKS WILL BE ACCEPTED

Dated: April 26, 2004                          FOR THE COURT:

                                               Bradford L. Bolton, Clerk

                                               By: Wendy Martinez
                                                   Deputy Clerk

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 1082-1           User: robinsonl           Page 1 of 1                Date Rcvd: Apr 26, 2004
Case: 04-18577                 Form ID: pdf904           Total Served: 1

The following entities were served by first class mail on Apr 28, 2004.
db          Anthony Joseph Romero,   1614 Rainier Dr.,   Apt. 21,   Colorado Springs, CO   80910

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 28, 2004**                         Signature:   *Joseph Speetjens*