United States Bankruptcy Court
For the District of Colorado
721 Nineteenth Street
Denver, Colorado 80202-2508

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Anthony Joseph Romero | ) | 04-18577 ABC |
| SSN XXX-XX-4990 | ) | Bankruptcy Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF IMPENDING DISMISSAL OF CASE
FOR DEFAULT OF INSTALLMENT FEE SCHEDULE**

TO THE DEBTOR AND DEBTOR'S COUNSEL OF RECORD, IF ANY:

In accordance with Rule 1006, Fed.R.Bank.P., application was made and granted by court order for permission to pay the filing fees in installments. Notice was also given, pursuant to 11 U.S.C. § 707(a)(2), that in the event of default of any provision of the order for payment of filing fees in installments, this case shall be dismissed without further notice.

NOTICE IS HEREBY GIVEN that a payment of $ 100.00 was due on May 14, 2004. As of the date shown below, said payment has not been received.

NOTICE IS FURTHER GIVEN that if the default is not cured within ten days of the date shown below, an order will enter dismissing this case for nonpayment of the filing fee required by 28 U.S.C. § 1930(a) without further notice or hearing **(payment must be in the form of cash, cashier's check or money order)**; and

NOTICE IS FURTHER GIVEN that, in the event this case should be dismissed for failure to pay the statutory filing fees and failure to abide by orders of the Court, the debtor may be further barred from filing a petition in this Court for 180 days pursuant to 11 U.S.C. § 109(g).

DATED: June 2, 2004

FOR THE COURT:
Bradford L. Bolton, Clerk

By: *Ruth Clark*
Ruth Clark, Assistant
Financial Administrator

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

Anthony Joseph Romero

Case No. 04-18577 ABC

### CERTIFICATE OF MAILING

I hereby certify that on the 3rd day of June, 2004, a true and correct copy of the Court's Notice of Impending Dismissal of Case was placed in the United States Mail, postage prepaid and correctly addressed to:

Anthony Joseph Romero
1614 Rainier Dr.
Apt 21.
Colorado Springs, CO 80910

Lynn Martinez
1123 N. Elizabeth St.
Pueblo, CO 81003

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202

R. Clark
R. Clark
Deputy Clerk

# CERTIFICATE OF SERVICE

```
District/off: 1082-1         User: elefanter            Page 1 of 1                 Date Rcvd: Jun 03, 2004
Case: 04-18577               Form ID: pdf904            Total Served: 1

The following entities were served by first class mail on Jun 05, 2004.
db          +Anthony Joseph Romero,   1614 Rainier Dr.,   Apt. 21,   Colorado Springs, CO 80910-2001

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2004**                            **Signature:**   _Joseph Speetjens_